Peter Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071
Tel: (213) 340-5796

Ronald M. Daignault
Chandran Iyer
Ray Mort
Erin Hadi
Taylor Lepore
Richard Juang
DAIGNAULT IYER LLP
8618 Westwood Center Drive, Suite 150
Vienna, VA 22182
Phone: (917) 838-9795

Attorneys for Plaintiff
AVATIER IP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVATIER IP, LLC,<br><br>　　　　　　　　*Plaintiff*,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　　　　*Defendant*. | Case No. 2:25-cv-3640<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>***JURY TRIAL DEMANDED*** |

Plaintiff Avatier IP, LLC files this Complaint against Defendant Microsoft Corporation for infringement of United States patent nos. 12,250,207; 11,811,750; 11,171,941; 10,623,397; 9,686,273; 9,979,715; 8,499,166; and 8,225,103 (the "patents-in-suit"), and alleges as follows:

///

## JURISDICTION

1.    This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*., seeking damages and other relief under 35 U.S.C. § 281 *et seq*. Accordingly, the Court has subject matter jurisdiction under at least 28 U.S.C. § 1331 and 28 U.S.C. § 1338.

## PARTIES

2.    Avatier IP, LLC is a limited liability corporation organized under the laws of the State of Delaware and has a principal of business at 4733 Chabot Drive., Suite 201, Pleasanton, CA 94588.

3.    On information and belief, Defendant Microsoft is a corporation organized under the laws of the State of Washington with its principal place of business located at One Microsoft Way, Redmond, WA 98052.

4.    This Court has personal jurisdiction over Microsoft under California's long-arm statute because it has sufficient contacts with the State of California such that exercise of jurisdiction would be reasonable, and the claims in the action arise out of those contacts.

5.    Microsoft's contacts with California including, without limitation (a) a substantial operational presence within California, including three offices within this judicial district at 3 Park Plaza, Suite 1600, Irvine, CA 92614, 3333 Bristol Street, Suite 1249, Costa Mesa, CA 92626, and 13031 West Jefferson Blvd., Suite 200, Los Angeles, CA 90094; (b) conducting substantial business in the State, including selling and distributing goods—including without limitation the accused products—to residents of the State and deriving substantial revenue from such sales and distribution, and (c) registering with the California Secretary of State, assigned entity number 1868807, which authorizes Microsoft to do business in the State.

6.    In addition, Microsoft has committed, and continues to commit, acts of infringement in California, and in this judicial district. On information and belief, Microsoft has made, used, offered to sell and/or sold products and services—to those

customers, consumers, and clients residing in the State of California and this judicial district—including the following products and services: (a) Microsoft Authenticator, (b) Microsoft Authenticator with Microsoft 365, (c) Microsoft Authenticator for Entra, (d) Microsoft Authenticator Application, (e) Microsoft Entra Product, and (f) other Microsoft Products and services. On information and belief, these products and services infringe at least one claim of each of the patents-in-suit.

7.      Further, on information and belief, Microsoft has supported and marketed the Microsoft Authenticator Products in this State and this judicial district, to customers and potential customers, who reside in this State and this judicial district through various means, including through the efforts of its agents and/or employees who reside in this State and judicial district.

8.      The above-listed contacts are the result of deliberate and intentional conduct, purposely directed toward California, on the part of Microsoft. In addition, Plaintiffs' claims against Microsoft arise from these California contacts.

9.      Namely, on information and belief, the hardware and software components comprising the Microsoft Authenticator Products and/or that enable the Microsoft Authenticator Products to operate, including but not limited to servers, server hardware, server software, website software, webservers, client-side software, mobile software, mobile app software, and browser executable software , infringe (literally and/or under the doctrine of equivalents) at least one claim of each of the patents-in-suit, for the reasons discussed below.

10.     Moreover, on information and belief, Microsoft's customers located in this State and judicial district have obtained access to and used the accused Microsoft Authenticator Products while located in the State and in the judicial district.

11.     On information and belief, Microsoft has litigated cases before this Court in which it did not contest personal jurisdiction and/or venue, and/or filed counterclaims, including *Ts-Optics Corp. v. Microsoft Corp.*, No. 8:24-cv-01974 (C.D. Cal.), *Haptix Solutions LLC v. Microsoft Corp.*, No. 8:24-cv-00428 (C.D. Cal.),

1    *Microsoft Corp. v. MediaPointe, Inc. et al.*, No. 2:22-cv-01009 (C.D. Cal.), and *X1*

2    *Discovery, Inc. v. Microsoft Corp.*, No. 8:23-cv-02415 (C.D. Cal.).

3    12.    In sum, this Court has personal jurisdiction over Microsoft at least

4    because, on information and belief: (1) it has committed acts of patent infringement

5    in this State; (2) it maintains a regular and established place of business in this State

6    and this judicial district; (3) it has substantial, continuous, and systematic contacts

7    with this State and judicial district; (4) it owns, manages, and operates facilities in

8    this State and judicial district; (5) it enjoys substantial income from its operations and

9    sales in this State and judicial district; (6) it employs California residents in this State

10   and judicial district, and (7) it conducts business by offering for sale the Microsoft

11   Authenticator Products in this State and this judicial district.

12   13.    Given these extensive and purposeful contacts with New York,

13   exercising personal jurisdiction over Microsoft would be reasonable and consistent

14   with due process.

15   14.    Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or

16   1400(b), at least because Microsoft has committed acts of infringement in this

17   judicial district and has regular and established places of business in this judicial

18   district.

19                                   **BACKGROUND**

20   15.    The story of the invention begins with Mr. Nelson Cicchitto's realization

21   of the challenges faced by organizations in managing user identities and access rights

22   efficiently. While working on IT projects for Fortune 1000 companies, he noticed a

23   recurring issue: managing user access to multiple systems was time-consuming,

24   error-prone, and lacked uniformity. This inefficiency not only increased security risks

25   but also burdened IT teams with repetitive tasks that could be automated.

26   16.    Driven by the need for a more streamlined and secure approach to

27   identity management, Mr. Cicchitto conceptualized a solution that would automate

28   and simplify the process. This led to the creation of Avatier, with the goal of

1  developing an innovative platform that could automate the lifecycle management of

2  user identities, reduce administrative overhead, and enhance security.

3      17.    Avatier's platform was designed to be highly customizable, allowing

4  organizations to tailor the system to their specific needs. It provided a centralized

5  solution for managing user identities across various systems, applications, and

6  directories, all while ensuring compliance with security policies. Over time, Avatier's

7  product offerings expanded to include advanced features such as self-service

8  password management, access certification, and role-based access control, making it

9  a comprehensive identity management solution.

10  **A.    The patents-in-suit**

11           **United States patent no. 11,171,941**

12      18.    On November 9, 2021, the United States Patent and Trademark Office

13  ("USPTO") duly and legally issued United States patent no. 11,171,941 ("the '941

14  patent") entitled "Mobile Device Enabled Desktop Tethered and Tetherless

15  Authentication" to inventor Nelson A. Cicchitto. Attached as **Exhibit A** is a true and

16  correct copy of the '941 patent.

17      19.    The '941 patent is presumed valid under 35 U.S.C. § 282.

18      20.    Avatier IP, LLC has been assigned all substantial rights, title, and

19  interest in the '941 patent.

20      21.    Avatier has not granted Microsoft an approval, an authorization, or a

21  license to rights under the '941 patent.

22      22.    The '941 patent describes a technique that "integrates authentication

23  from a mobile device….to allow login to laptops and desktops while they are

24  disconnected from the Internet using a USB cable connection, Bluetooth or local wifi

25  or any other similar protocol and/or connected to Internet without USB." '941 patent,

26  abstract.

27      23.    The '941 patent further explains that the technique "provides a cloud

28  clearinghouse that ties a person's or entity's mobile device(s) to an identity that's used

1  to authenticate a person (could be the same person) on a laptop, desktop, or similar

2  computer system." *Id.*

3  <u>**United States patent no. 11,811,750**</u>

4       24.     On November 7, 2023, the USPTO duly and legally issued United States

5  patent no. 11,811,750 ("the '750 patent") entitled "Mobile Device Enabled Desktop

6  Tethered and Tetherless Authentication" to inventor Nelson A. Cicchitto. Attached as

7  **Exhibit B** is a true and correct copy of the '750 patent.

8       25.     The '750 patent is presumed valid under 35 U.S.C. § 282.

9       26.     Avatier IP, LLC has been assigned all substantial rights, title, and

10  interest in the '750 patent .

11       27.     Avatier has not granted Microsoft an approval, an authorization, or a

12  license to rights under the '750 patent.

13       28.     The '750 patent describes a technique that "integrates authentication

14  from a mobile device….to allow login to laptops and desktops while they are

15  disconnected from the Internet using a USB cable connection, Bluetooth or local wifi

16  or any other similar protocol and/or connected to Internet without USB." '750 patent,

17  abstract.

18       29.     The '750 patent further explains that the technique "provides a cloud

19  clearinghouse that ties a person's or entity's mobile device(s) to an identity that's used

20  to authenticate a person (could be the same person) on a laptop, desktop, or similar

21  computer system." *Id.*

22  <u>**United States patent no. 8,225,103**</u>

23       30.     On July 17, 2012, the USPTO duly and legally issued United States

24  patent no. 8,225,103 ("the '103 patent") entitled "Controlling Access to a Protected

25  Network" to inventor Scott L. Chiou and Nelson A. Cicchitto. Attached as **Exhibit C**

26  is a true and correct copy of the '103 patent.

27       31.     The '103 patent is presumed valid under 35 U.S.C. § 282.

28

32.    Avatier IP, LLC has been assigned all substantial rights, title, and interest in the '103 patent.

33.    Avatier has not granted Microsoft an approval, an authorization, or a license to the rights under the '103 patent.

34.    The '103 patent discloses a "system for controlling access to a protected network include[ing] a network access control module that is coupled to the protected network and which is configured to restrict access to the network to an authorized user through a computer coupled to the protected network." '103 patent, abstract.

35.    The '103 patent explains how that "system also includes a communication device associated with the computer." *Id.*

36.    The '103 patent further explains that the communication device "automatically transmits a unique identifier corresponding to the communication device to the network access control module when a user uses the communication device to request access to the protected network via the computer." *Id.*

37.    The '103 patent also explains that "[w]hen the network access control module receives the unique identifier, the network access control module is configured to authenticate the communication device based on the unique identifier, to authenticate the user via the communication device when the communication device is authenticated, and when the user is authenticated, to submit log-on information directly to a log-on interface of the computer associated with the communication device so that the user can access the protected network via the computer." *Id.*

### United States patent no. 8,499,166

38.    On July 30, 2013, the USPTO duly and legally issued United States patent no. 8,499,166 ("the '166 patent") entitled "Controlling Access to A Protected Network" to inventor Scott L Chiou and Nelson A. Cicchitto. Attached as **Exhibit D** is a true and correct copy of the '166 patent.

39.    The '166 patent is presumed valid under 35 U.S.C. § 282.

40.     Avatier IP, LLC has been assigned all substantial rights, title, and interest in the '166 patent.

41.     Avatier has not granted Microsoft an approval, an authorization, or a license to the rights under the '166 patent.

42.     The invention(s) claimed in the '166 patent is a "system for controlling access to a protected network include[ing] a network access control module that is coupled to the protected network and which is configured to restrict access to the network to an authorized user through a computer coupled to the protected network." '166 patent, abstract.

43.     The '166 patent explains how that "system also includes a communication device associated with the computer." *Id.*

44.     The '166 patent further explains that the communication device "automatically transmits a unique identifier corresponding to the communication device to the network access control module when a user uses the communication device to request access to the protected network via the computer." *Id.*

45.     The '166 patent also explains that "[w]hen the network access control module receives the unique identifier, the network access control module is configured to authenticate the communication device based on the unique identifier, to authenticate the user via the communication device when the communication device is authenticated, and when the user is authenticated, to submit log-on information directly to a log-on interface of the computer associated with the communication device so that the user can access the protected network via the computer." *Id.*

## United States patent no. 9,686,273

46.     On June 20, 2017, the USPTO duly and legally issued United States patent no. 9,686,273 ("the '273 patent") entitled "Aggregator Technology Without Usernames and Passwords" to inventor Anthony R. T. Simmons and Nelson A. Cicchitto. Attached as **Exhibit E** is a true and correct copy of the '273 patent.

47.     The '273 patent is presumed valid under 35 U.S.C. § 282.

48.     Avatier IP, LLC has been assigned all substantial rights, title, and interest in the '273 patent.

49.     Avatier has not granted Microsoft an approval, an authorization, or a license to the rights under the '273 patent.

50.     The invention claimed in the '273 patent is for a technique in which "the user registers and signs on to an aggregator system using any supported login identity provider user-name and password." '273 patent, abstract.

51.     The '273 patent explains that "[w]he the user registers for the first time, the system collects additional information to verify the user for a subsequent access to the system." *Id.*

52.     The '273 patent also explains that the system "automatically, creates a system secret username and secret, highly secured generated password, both of which are unknown and inaccessible to the user." *Id.*

53.     The '273 patent further explains that the "secret username and password are stored in an lightweight directory access protocol (LDAP) server or database or in a distributed cloud database system." *Id.*

54.     The invention claimed in the '273 patent describes how that system "also maps the login identity provider user name to the secret user name and password for subsequent usage." *Id.*

### United States patent no. 9,979,715

55.     On May 22, 2018, the USPTO duly and legally issued United States patent no. 9,979,715 ("the '715 patent") entitled "Aggregator Technology Without Usernames and Passwords" to inventor Anthony R. T. Simmons and Nelson A. Cicchitto. Attached as **Exhibit F** is a true and correct copy of the '715 patent.

56.     The '715 patent is presumed valid under 35 U.S.C. § 282.

57.     Avatier IP, LLC has been assigned all substantial rights, title, and interest in the '715 patent.

58.     Avatier has not granted Microsoft an approval, an authorization, or a license to the rights under the '715 patent.

59.     The '715 patent relates to using aggregator technology without usernames and passwords for automating identity and access management.

60.     The invention claimed in the '715 patent is for a technique in which "the user registers and signs on to an aggregator system using any supported login identity provider user-name and password." '715 patent, abstract.

61.     The '715 patent explains that "[w]he the user registers for the first time, the system collects additional information to verify the user for a subsequent access to the system." *Id.*

62.     The '715 patent also explains that the system "automatically, creates a system secret username and secret, highly secured generated password, both of which are unknown and inaccessible to the user." *Id.*

63.     The '715 patent further explains that the "secret username and password are stored in an lightweight directory access protocol (LDAP) server or database or in a distributed cloud database system." *Id.*

64.     The invention claimed in the '715 patent describes how that system "also maps the login identity provider user name to the secret user name and password for subsequent usage." *Id.*

## United States patent no. 10,623,397

65.     On April 14, 2020, the USPTO duly and legally issued United States patent no. 10,623,397 ("the '397 patent") entitled "Aggregator Technology Without Usernames and Passwords" to inventor Nelson A. Cicchitto. Attached as **Exhibit G** is a true and correct copy of the '397 patent.

66.     The '397 patent is presumed valid under 35 U.S.C. § 282.

67.     Avatier IP, LLC has been assigned all substantial rights, title, and interest in the '397 patent.

68.     Avatier has not granted Microsoft an approval, an authorization, or a license to the rights under the '397 patent.

69.     The '397 patent relates to using aggregator technology without usernames and passwords for automating identity and access management.

70.     The invention claimed in the '397 patent is for a technique in which "the user registers and signs on to an aggregator system using any supported login identity provider user-name and password." '397 patent, abstract.

71.     The '397 patent explains that "[w]he the user registers for the first time, the system collects additional information to verify the user for a subsequent access to the system." *Id.*

72.     The '397 patent also explains that the system "automatically, creates a system secret username and secret, highly secured generated password, both of which are unknown and inaccessible to the user." *Id.*

73.     The '397 patent further explains that the "secret username and password are stored in a lightweight directory access protocol (LDAP) server or database or in a distributed cloud database system." *Id.*

74.     The invention claimed in the '397 patent describes how that system "also maps the login identity provider user name to the secret user name and password for subsequent usage." *Id.*

### United States patent no. 12,250,207

75.     On November 9, 2021, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States patent no. 12,250,207 B2 ("the '207 patent") entitled "Mobile Device Enabled Desktop Tethered and Tetherless Authentication" to inventor Nelson A. Cicchitto. Attached as **Exhibit H** is a true and correct copy of the '207 patent.

76.     The '207 patent is presumed valid under 35 U.S.C. § 282.

77.     Avatier IP, LLC has been assigned all substantial rights, title, and interest in the '207 patent.

78.     Avatier has not granted Microsoft an approval, an authorization, or a license to the rights under the '207 patent.

79.     The '207 patent describes a technique that "integrates authentication from a mobile device….to allow login to laptops and desktops while they are disconnected from the Internet using a USB cable connection, Bluetooth or local wifi or any other similar protocol and/or connected to Internet without USB." '207 patent, abstract.

80.     The '207 patent further explains that the technique "provides a cloud clearinghouse that ties a person's or entity's mobile device(s) to an identity that's used to authenticate a person (could be the same person) on a laptop, desktop, or similar computer system." *Id.*

**B.     The Microsoft Authenticator Products**

81.     Microsoft Authenticator is an app that helps users sign in to all user accounts without using a password—for example, using a fingerprint, face recognition, or a PIN. Microsoft Authenticator can be used to sign in to Microsoft personal, work, school or other accounts. Authenticator can be used three ways:

   a.   To verify sign-in if the user forgets their password.

   b.   Sign in every time, by using a one-time password code to increase account security. This is called two-step verification or multi-factor authentication.

   c.   Sign in by way of tapping an approval on the user's phone to sign in. This is the passwordless approach.

82.     Microsoft Authenticator can be used for multiple accounts, including Microsoft personal accounts; work/school accounts; and non-Microsoft accounts, such as Amazon, Facebook, Instagram and Google.

83.     Additionally, Microsoft Authenticator provides another level of security for Microsoft Entra work or school accounts, Microsoft 365, Teams and other Microsoft Products.

84.     Microsoft Entra is a family of identity and network access products. It enables organizations to implement a Zero Trust security strategy and create a trust fabric that verifies identities, validates access conditions, checks permissions, encrypts connection channels, and monitors for compromise. The Microsoft Entra product family covers four maturity stages of secure end-to-end access for any trustworthy identity. These stages include establishing Zero Trust access controls, and securing access for employees, customers, partners, and any cloud environment. The family of products includes the following:

85.     Microsoft Entra ID is the foundational product of Microsoft Entra. It provides the essential identity, authentication, policy, and protection to secure employees, devices, and enterprise apps and resources.

86.     Microsoft Entra Domain Services provides managed domain services such as group policy, lightweight directory access protocol (LDAP), and Kerberos/NTLM authentication. It enables organizations to run legacy applications in the cloud that can't use modern authentication methods. For example, organizations with services that require access to Kerberos authentication can create a managed domain where the core service components are deployed and maintained by Microsoft as a managed domain experience.

87.     Microsoft Entra ID Governance makes identity and permissions easier to manage by automating access requests, assignments, and reviews. Additionally, it helps protect critical assets through identity lifecycle management. For example, administrators can automatically assign user accounts and Microsoft 365 licenses to new employees, and remove those assignments from employees that are no longer with the company.

88.     Microsoft Entra External ID enables external identities to safely access business resources and consumer apps. It offers secure methods for collaborating with business partners and guests on internal apps and resources, as well as managing customer identity and access management (CIAM) for consumer-facing applications.

1    For example, organizations can set up self-service registration for customers to sign-
2    in to a web application using methods such as social accounts.

3        89.    Microsoft Entra Workload ID: In addition to human and device
4    identities, workload identities such as applications, services, and containers require
5    authentication and authorization policies. Microsoft Entra Workload ID is the identity
6    and access management solution for workload identities. It enables organizations to
7    secure access to resources using adaptive policies and custom security attributes for
8    apps. For example, GitHub Actions need a workload identity to access Azure
9    subscriptions to automate, customize, and execute software development workflows.

10        90.    Collectively, Microsoft makes, uses, sells, offers to sell, and/or imports
11   computer software products, systems, offerings, and/or services (as well as associated
12   servers) including, but not limited to, Microsoft Entra, Microsoft Authenticator, and
13   other Authenticator products and certain other Microsoft Products that are used in
14   connection with those products, systems. offerings, and/or services, including
15   Windows, Office 365 (academic, home, business, front line, enterprise, and/or
16   government) (including, without limitation, Office 365 A3, A5, E3 and E5),
17   Microsoft 365 (academic, home, business, front line, enterprise, and/or government)
18   (including, without limitation, Microsoft 365 E3, E5, E5 compliance, G3, G5, F1, F3,
19   F5 compliance, F5 security plus compliance), Word, Excel, PowerPoint, OneNote,
20   Microsoft PDF reader, SharePoint, OneDrive, Outlook, Enterprise Mobility Plus
21   Security E3 and E5, Microsoft cloud app security, Microsoft Defender for Cloud
22   Apps, Microsoft Cloud App Security, Exchange server, Azure Information Protection
23   scanner, and/or Microsoft software running on Android, macOS and/or iOS. The
24   products, systems, offerings, and/or services in these two categories work together to
25   provide platforms e.g., for generating, distributing, and/or consuming protected
26   documents and emails (the accused "Microsoft Authenticator Products").
27   ///
28

## CLAIMS FOR RELIEF

## Count I – Infringement of United States patent no. 11,171,941

91.    On information and belief, Microsoft violated 35 U.S.C. § 271(a), (b), and (d) with respect to claims 1-9 of the '941 patent.

92.    On information and belief, Microsoft (or those acting on its behalf) (a) made, used, sold, imported and/or offered to sell the Microsoft Authenticator Products; and (b) induced its customers to use the Microsoft Authenticator Products in the United States that infringed (literally and/or under the doctrine of equivalents) claims 1-9 of '941 patent.

93.    On information and belief, and by way of example, Microsoft infringes each and every element of claim 1 of the '941 patent for the following reasons.

94.    The preamble of Claim 1 is not limiting as it merely recites "A computer-implemented method, comprising: …." To the extent it is considered to be limiting, the Microsoft Authenticator Products are computer-implemented methods as evidenced by the following excerpts from Microsoft's website:



Source: Use Microsoft Authenticator with Microsoft 365 - Microsoft Support

Source: About Microsoft Authenticator - Microsoft Support. Both show that the Microsoft Authenticator Products use a smart phone and is therefore a computer implemented method.

95.    The first element of claim 1 ("element 941-1(a)") covers "receiving and storing, at a cloud universal identification server having a digital storage, a plurality of identifying attributes associated with a user and one or more identifying attributes associated with a computing device;…." As shown below, Microsoft stores a plurality of a plurality of identifying attributes associated with a user when the user first signs into the account. Microsoft stores one or more identifying attributes associated with a computing device when the user marks the device as a trusted device.



How sign in works in Microsoft 365

If you subscribe to Microsoft 365, you'll be prompted to sign in to use Office after installation, or after you sign out. Your subscription has a sign-in limit that determines how many Office installs you can sign in to at the same time. Use the tabs below to select your subscription type and learn more about sign-in limits for your subscription.

Source: How sign in works in Microsoft 365 - Microsoft Support



Use Microsoft Authenticator with Microsoft 365

*Office for business, Microsoft 365 admin*

If your organization is using multi-factor authentication (MFA) for Microsoft 365, the easiest verification method to use is the Microsoft Authenticator smart phone app. It's just one click instead of typing in a 6-digit code. And if you travel, you won't incur roaming fees when you use it.

Source: Use Microsoft Authenticator with Microsoft 365 - Microsoft Support

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Add your work or school account to the Microsoft Authenticator app

If your organization uses two-factor verification, you can set up your work or school account to use the Microsoft Authenticator app as one of the verification methods.

**Important:** Before you can add your account, you must download and install the Microsoft Authenticator app. If you haven't done that yet, follow the steps in the Download and install the app article.

## Add your work or school account

You can add your work or school account to the Authenticator app by doing one of the following:

- Sign in with your work or school account credentials (preview)
- Scan a QR Code
- Sign in with your credentials

## Sign in with your credentials

**Note:** This feature is usable only by users whose admins have enabled phone sign-in using the Authenticator app for them.

To add an account by signing into your work or school account using your credentials:

1. Open the Authenticator app and select to the + button and tap **Add work or school account.** Select **Sign in.**

2. Enter your work or school account credentials. If you have a Temporary Access Pass (TAP) you can use that to sign in. At this point, you could potentially be blocked from proceeding by one of the following conditions:

   - If you don't have enough authentication methods on your account to get a strong authentication token, you can't add an account. You'll see an error in the Authenticator app that says "*To set up Microsoft Authenticator, you'll need to go to aka.ms/mfasetup on a web browser.*"

COMPLAINT

Source: [Add your work or school account to the Microsoft Authenticator app - Microsoft Support](#).



Source: [Set up an authenticator app as a two-step verification method - Microsoft Support](#).

1
2
3
4
5
6
7
8
9
10
11
12

**Add a trusted device to your Microsoft account**

Microsoft account

When you make your computer a trusted device, you won't need to enter a security code each time you try to access sensitive info, like credit card information associated with your Microsoft account.

Setting your computer to be a trusted device can be useful if you use it often, if you have two-step verification enabled, or if you're using the Microsoft Authenticator app to sign in.

Here's how to do it:

1. On the device you want to trust, go to the Security settings page and sign in to your Microsoft account.

2. You'll be prompted to verify your identity. Choose whether to receive the code through email, text, or an authenticator app. Once you have the code, enter it in the text box.

3. Select the check box for **Don't ask me again on this device.**

4. Select **Verify.**

You can now sign in and edit your info on this device whenever you want, without entering another security code.

13 Source: Add a trusted device to your Microsoft account - Microsoft Support.

14    96.    On information and belief, the second element of claim 1 ("element 941-

15 1(b)") covers "receiving and storing, at the cloud universal identification server,

16 registration information that associates a mobile device with the plurality of

17 identifying attributes associated with the user;…." As shown below, Microsoft

18 receives and stores the registration information that associates a mobile device with

19 the plurality of identifying attributes associated with the user.

20
21
22
23
24
25
26
27
28



Download and install Microsoft Authenticator app

- Download and install the Microsoft Authenticator app for Android, iOS or Windows Phone.

Set up the Microsoft Authenticator app

Step 1    Step 2    Step 3    Step 4    Step 5    Step 6

Choose the mobile app

Open a browser on your computer and go to portal.office.com. Sign in to your Office 365 for business account.





1
2
3
4
5
6
7
8



9  Source: [Use Microsoft Authenticator with Microsoft 365 - Microsoft Support](#)

10
11
12
13
14
15



16  Source: Screenshot taken from a user device.

17      97.    On information and belief, the image below suggests that each device

18  having an Authenticator app installed is associated with a hardware token.

19
20
21
22
23
24
25
26



27  Source: [Set up the Microsoft Authenticator app as your verification method -](#)

28  [Microsoft Support](#).

98.     On information and belief, the third element of claim 1 ("element 941-1(c)") covers "during a login process to the computing device associated with the user, receiving, at the cloud universal identification server, a request to authenticate the login process at the computing device,…." As shown below, Microsoft receives a request to authenticate a process at the computing device.



Source: Sign in using Microsoft Authenticator - Microsoft Support.



1

2

3

4

5

6

7

8

9

10

11

12

13



14    Source: Use Microsoft Authenticator with Microsoft 365 - Microsoft Support.

15        99.    On information and belief, the fourth element of claim 1 ("element 941-

16    1(d)") covers "the request being received from credential provider code that was

17    previously installed on the computing device,…." As shown below, the request is

18    received from the credential provider code app that was previously installed on the

19    computing device via a web browser.

20

21

22

23

24    

25

26

27

28

COMPLAINT




Source: Use Microsoft Authenticator with Microsoft 365 - Microsoft Support.

100.   On information and belief, the fifth element of claim 1 ("element 941-1(e)") covers "wherein the credential provider code was previously configured to recognize the mobile device, and…." As shown below, the Microsoft Authenticator App is previously configured to recognize the mobile device by way of the registration process.



Source: Use Microsoft Authenticator with Microsoft 365 - Microsoft Support.



Source:  Screenshot taken from a user device.

Source: [Sign in using Microsoft Authenticator - Microsoft Support](#)

101.   On information and belief, the sixth element of claim 1 ("element 941-1(f)") covers "wherein the request indicates that the mobile device was selected for authentication purposes;…." As shown below, the login request indicates that the mobile device was selected for authentication purposes.

Source: Set up an authenticator app as a two-step verification method - Microsoft Support.

102.   On information and belief, the seventh element of claim 1 ("element 941-1(g)") covers "confirming, at the cloud universal identification server, the identity of computing device of the request for authentication by positively matching the identity of the computing device with one of previously registered computing devices, registered at the cloud universal identification server;...." As shown below, Microsoft confirms if the device used for signing-in is an untrusted device by positively matching the identity information of the device with a list of trusted devices previously registered with Microsoft.



Source: Add a trusted device to your Microsoft account - Microsoft Support.

103.   On information and belief, the eight element of claim 1 ("element 941-1(h)") covers "in response to the request indicating that the mobile device was selected for authentication purposes, retrieving, from a database, a protocol for communicating with the mobile device;…." As shown below, it is implied that Microsoft retrieves a protocol for communicating with the mobile device.



Source: Microsoft Authenticator FAQs - Microsoft Support

104.    On information and belief, the ninth element of claim 1 ("element 941-1(i)") covers "transmitting, by the cloud universal identification server and in accordance with the retrieved protocol, at least three authentication factors associated with the user, the at least three authentication factors for delivery to the mobile device, and the at least three authentication factors obtained or derived from authentication factors associated with the user previously stored in the storage of the cloud universal identification server; and…" As shown below, Microsoft transmits in accordance with the retrieved protocol an authentication factor associated with the user. The authentication factor is delivered to the mobile device of the user, and the authentication factor obtained or derived from at least one authentication factor associated with the user previously stored in the storage of the Microsoft.



Source: Microsoft Authenticator FAQs - Microsoft Support

4. You will be prompted to **Check your Authenticator app** and may also be shown a number.



5. On your mobile device, open Authenticator, or tap the **New sign-in request** notification.

**Note:** If you're a work or school account user, you may need to unlock Authenticator before confirming sign-in.

6. Tap or enter the corresponding number, then **Approve**.



Source: Sign in using Microsoft Authenticator - Microsoft Support.





Source: Use Microsoft Authenticator with Microsoft 365 - Microsoft Support

COMPLAINT

4. Use your device's camera to scan the QR code from the **Configure mobile app** screen on your computer, and then choose **Next**.

5. Return to your computer and the **Additional security verification** page, make sure you get the message that says your configuration was successful, and then select **Next**. The authenticator app will send a notification to your mobile device as a test.



6. On your mobile device, select **Approve**.

7. On your computer, add your mobile device phone number to the **Step 3: In case you lose access to the mobile app** area, and then select **Next**. Microsoft recommends adding your mobile device phone number to act as a backup if you're unable to access or use the mobile app for any reason.

8. From the **Step 4: Keep using your existing applications** area, copy the provided app password and paste it somewhere safe.

Source: Set up an authenticator app as a two-step verification method - Microsoft Support.

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





COMPLAINT

Source: Set up an authenticator app as a two-step verification method - Microsoft Support.

105.   On information and belief, the tenth element of claim 1 ("element 941-1(j)") covers "upon receiving, at the cloud universal identification server and from the mobile device, data that satisfies the authentication factor, transmitting for

1  delivery to the credential provider code of the computing device, authentication data
2  causing the authentication to the process to be successful; wherein one or more steps
3  are performed on at least a processor coupled to at least a memory." As shown below,
4  once Microsoft receives data that satisfies the authentication factor, transmitting for
5  delivery to the credential provider code of the computing device, authentication data
6  causing the authentication to the process to be successful.



Source: Sign in using Microsoft Authenticator - Microsoft Support.

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





COMPLAINT



Source: [Use Microsoft Authenticator with Microsoft 365 - Microsoft Support](#).

Source: [Set up an authenticator app as a two-step verification method - Microsoft Support](#).

Source: [Set up an authenticator app as a two-step verification method - Microsoft Support](#)

106.   On information and belief, Microsoft also infringes dependent claims 2-9 for the reasons above.

107.   On information and belief, Microsoft, without authorization or license, has been and continues to directly infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '941 patent by making, using, selling, offering for sale, and/or importing products, systems, offerings, and/or services for securely generating, distributing, and/or consuming protected content including, but not limited to, the Microsoft Authenticator system.

108.   Avatier has been damaged by the direct infringement of Microsoft and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

### Count II – Infringement of United States patent no. 11,811,750

109.   On information and belief, Microsoft violated 35 U.S. C. § 271(a), (b), and (d) with respect to claims 1-9 of the '750 patent.

110.   On information and belief, Microsoft (or those acting on its behalf) (a) made, used, sold, imported and/or offered to sell the Microsoft Authenticator Products; and, (b) induced its customers to use the Microsoft Authenticator Products, in the United States that infringed (literally and/or under the doctrine of equivalents)at least claims 1-9 of '750 patent.

111.   On information and belief, the Microsoft Authenticator System stores a plurality of identifying attributes associated with a user.

112.   On information and belief, and by way of example, Microsoft infringes each and every element of claim 1 of the '750 patent for the following reasons.

113.   The preamble of Claim 1 is not limiting as it merely recites "A computer-implemented method, comprising: …." Avatier incorporates by reference paragraph 100 above discussing why the accuse products infringes the preamble as if fully set forth herein.

114.   The first element of claim 1 ("element 750-1(a)") covers "receiving and storing, at a cloud universal identification server having a digital storage, a plurality of identifying attributes associated with a user and one or more identifying attributes associated with a computing device;…." Avatier incorporates by reference paragraph 101 above discussing why the accuse products infringes the element 941-1(a) as if fully set forth herein.

115.   The second element of claim 1 ("element 750-1(b)") covers "receiving and storing, at the cloud universal identification server, registration information that associates a mobile device with the plurality of identifying attributes associated with

the user;….” Avatier incorporates by reference paragraph 102 above discussing why the accuse products infringes the element 941-1(b) as if fully set forth herein.

116.   The third element of claim 1 (“element 750-1(c)”) covers “receiving, at the cloud universal identification server, a request to authenticate a process at the computing device,….” Avatier incorporates by reference paragraph 104 above discussing why the accuse products infringes the element 941-1(c) as if fully set forth herein.

117.   The fourth element of claim 1 (“element 750-1(d)”) covers “the request being received from credential provider code that was previously installed on the computing device,….” Avatier incorporates by reference paragraph 105 above discussing why the accuse products infringes the element 941-1(d) as if fully set forth herein.

118.   The fifth element of claim 1 (“element 750-1(e)”) covers “wherein the credential provider code was previously configured to recognize the mobile device, and,….” Avatier incorporates by reference paragraph 106 above discussing why the accuse products infringes the element 941-1(e) as if fully set forth herein.

119.   The sixth element of claim 1 (“element 750-1(f)”) covers “wherein the request indicates that the mobile device was selected for authentication purposes;….” Avatier incorporates by reference paragraph 107 above discussing why the accuse products infringes the element 941-1(f) as if fully set forth herein.

120.   The seventh element of claim 1 (“element 750-1(g)”) covers “confirming, at the cloud universal identification server, the identity of computing device of the request for authentication by positively matching the identity of the computing device with one of previously registered computing devices, registered at the cloud universal identification server;….”Avatier incorporates by reference paragraph 108 above discussing why the accuse products infringes the element 941-1(g) as if fully set forth herein.

121.   The eighth element of claim 1 ("element 750-1(h)") covers "in response to the request indicating that the mobile device was selected for authentication purposes, retrieving, from a database, a protocol for communicating with the mobile device;…."Avatier incorporates by reference paragraph 109 above discussing why the accuse products infringes the element 941-1(h) as if fully set forth herein.

122.   The ninth element of claim 1 ("element 750-1(i)") covers "transmitting, by the cloud universal identification server and in accordance with the retrieved protocol, an authentication factor associated with the user, the authentication factor for delivery to the mobile device, and the authentication factor obtained or derived from at least one authentication factor associated with the user previously stored in the storage of the cloud universal identification server; and…."Avatier incorporates by reference paragraph 110 above discussing why the accuse products infringes the element 941-1(i) as if fully set forth herein.

123.   The tenth element of claim 1 ("element 750-1(j)") covers "upon receiving, at the cloud universal identification server and from the mobile device, data that satisfies the authentication factor, transmitting for delivery to the credential provider code of the computing device, authentication data causing the authentication to the process to be successful; wherein one or more steps are performed on at least a processor coupled to at least a memory….."Avatier incorporates by reference paragraph 111 above discussing why the accuse products infringes the element 941-1(j) as if fully set forth herein.

124.   On information and belief, Microsoft also infringes dependent claims 2-9 for the reasons above.

125.   On information and belief, Microsoft, without authorization or license, has been and continues to directly infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '750 patent by making, using, selling, offering for sale, and/or importing products, systems, offerings, and/or services for securely

1  generating, distributing, and/or consuming protected content including, but not

2  limited to, the Microsoft Authenticator system.

3         126.   Avatier has been damaged by the direct infringement of Microsoft and is

4  suffering and will continue to suffer irreparable harm and damages as a result of this

5  infringement.

6         **Count III – Infringement of United States patent no. 8,225,103**

7         127.   On information and belief, Microsoft violated 35 U.S. C. § 271(a), (b),

8  and (d) with respect to claims 10-17 of the '103 patent.

9         128.   On information and belief, Microsoft (or those acting on its behalf)

10  (a) made, used, sold, imported and/or offered to sell the Microsoft Authenticator

11  Products; and (b) induced its customers to use the Microsoft Authenticator Products,

12  in the United States that infringed (literally and/or under the doctrine of equivalents)

13  at least claims 10-17 of '103 patent.

14        129.   On information and belief, the preamble of Claim 10 is not limiting as it

15  merely recites "A method for controlling access to a protected network, the method

16  comprising: ...." To the extent it is considered to be limiting, the Microsoft

17  Authenticator Products provide a method for controlling access to Microsoft

18  personal, school, work, or other accounts. Microsoft Authenticator coupled to the

19  Microsoft accounts receives a QR code from a mobile app installed on a user mobile

20  device. Since the QR code is sent from the mobile app, the QR code corresponds to

21  the said mobile app/device. Further, this process associates the mobile device with a

22  computer. Furthermore, the QR code is transmitted by said mobile device in response

23  to a user adding the account on the mobile device to request access to the Microsoft

24  account. Microsoft authenticator uses the QR code to authenticate the mobile device.

25  Furthermore, Microsoft authenticator authenticates the user via the mobile device

26  using a 2-factor authentication method in response to successfully authenticating the

27  communication device by way of the QR code scan. Thereafter, Microsoft

28  authenticator establishes access to accounts with said computer (here, registered

- 41 -
COMPLAINT

desktop device). It is apparent that Microsoft, on successful authentication, subsequently submits the log-on information of the user directly to a log-on interface of the computer without the need for a user to enter the username and password into the log-on page of the computer. The submission of the log-on information to said computer causing said computer to use said log-on information to provide to said user access to said protected network so that the user can use the protected network via the computer. As shown in the figure below, Microsoft Authenticator helps users sign in to all of their accounts without a password using the authenticator app.



Source: About Microsoft Authenticator - Microsoft Support

130.    On information and belief, the first element of claim 10 ("element 103-1(a)") covers "receiving by a network access control module coupled to the protected network a unique identifier from a communication device, said unique identifier corresponding to said communication device, wherein said communication device is associated with a computer, wherein said unique identifier is transmitted by said communication device in response to a user activating a dedicated log-on button on the communication device to request access to the protected network;…" As shown

below, Microsoft Authenticator coupled to the Microsoft accounts receives a unique identifier from a communication device. This process associates the mobile device with a computer. Furthermore, the QR code is transmitted by said communication device in response to a user activating a dedicated log-on button on the communication device to request access to the protected network.



Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support.



Source: Snapshot taken from the user device indicating the communication device is associated with a computer.

131.    On information and belief, the screenshot below suggests that each device that contains the Authenticator app installed is associated with a Hardware token.



Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support.

132.    On information and belief, the second element of claim 10 ("element 103-1(b)") covers "using, by said network access control module, the unique identifier to authenticate the communication device;…." As shown below,  Microsoft

1  Authenticator utilizes the unique identifier to authenticate the communication device
2  as shown in the screenshots below.



8  Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support.

17  Source: Snapshot taken from the user device indicating the communication device is
18  associated with a computer.

19    133.  On information and belief, the third element of claim 10 ("element 103-
20  1(c)") covers "in response to successfully authenticating the communication device,
21  said network access control module authenticating the user via the communication
22  device; and…." As shown below, Microsoft authenticator authenticates the user via
23  the communication device using a 2-factor authentication method in response to
24  successfully authenticating the communication device by way of the QR code scan.



Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support

1      134.   On information and belief, the fourth element of claim 10 ("element

2  103-1(d)") covers "in response to successfully authenticating the user, said network

3  access control module establishing a secure communication channel with said

4  computer and subsequently submitting log-on information of the user directly to a

5  log-on interface of the computer, said submitting log-on information to said computer

6  causing said computer to use said log-on information to provide to said user access to

7  said protected network so that the user can use the protected network via the

8  computer." As shown below, in response to the successful authentication of the user

9  using the 2-factor authentication, Microsoft authenticator establishes a secure

10  communication channel with said computer. It is apparent that Microsoft, on

11  successful authentication, subsequently submits the log-on information of the user

12  directly to a log-on interface of the computer without the need for a user to enter the

13  username and password into the log-on page of the computer. The submission of the

14  log-on information to said computer causing said computer to use said log-on

15  information to provide to said user access to said protected network so that the user

16  can use the protected network via the computer.

17
18
19      
20
21
22
23
24
25
26
27  Source: About Microsoft Authenticator - Microsoft Support.

28

COMPLAINT



Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support.

135.    On information and belief, Microsoft also infringes dependent claims 11-17 for the reasons above.

136.    On information and belief, Microsoft, without authorization or license, has been and continues to directly infringe (literally and/or under the doctrine of equivalents) at least claim 10 of the '103 patent by making, using, selling, offering for sale, and/or importing products, systems, offerings, and/or services for securely generating, distributing, and/or consuming protected content including, but not limited to, the Microsoft Authenticator system.

137.    Avatier has been damaged by the direct infringement of Microsoft and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

## <u>Count IV – Infringement of United States patent no. 8,499,166</u>

138.   On information and belief, Microsoft violated 35 U.S. C. § 271(a), (b) and (d) with respect to claims 11-18 of the '166 patent.

139.   On information and belief, Microsoft (or those acting on its behalf) (a) made, used, sold, imported and/or offered to sell the Microsoft Authenticator Products; and (b) induced its customers to use the Microsoft Authenticator Products in the United States that infringed (literally and/or under the doctrine of equivalents) at least claims 11-18  of '166 patent.

140.   On information and belief, the preamble of Claim 11 is not limiting as it merely recites "A method for controlling access to a protected network, the method comprising: …." To the extent it is considered to be limiting, the Microsoft Authenticator Products provide a method for controlling access to Microsoft personal, school, work, or other accounts. Microsoft Authenticator coupled to the Microsoft accounts receives a QR code from a mobile app installed on a user mobile device. Since the QR code is sent from the mobile app, the QR code corresponds to the said mobile app/device. Further, this process associates the mobile device with a computer. Furthermore, the QR code is transmitted by said mobile device in response to a user adding the account on the mobile device to request access to the Microsoft account. Microsoft authenticator uses the QR code to authenticate the mobile device. Furthermore, Microsoft authenticator authenticates the user via the mobile device using a 2-factor authentication method in response to successfully authenticating the communication device by way of the QR code scan. Thereafter, Microsoft authenticator establishes access to accounts with said computer (here, registered desktop device). It is apparent that Microsoft, on successful authentication, subsequently submits the log-on information of the user directly to a log-on interface of the computer without the need for a user to enter the username and password into the log-on page of the computer. The submission of the log-on information to said computer causing said computer to use said log-on information to provide to said user

access to said protected network so that the user can use the protected network via the computer. As shown in the figure below, Microsoft Authenticator helps users sign in to all of their accounts without a password using the authenticator app.



Source: About Microsoft Authenticator - Microsoft Support

141.   On information and belief, the first element of claim 10 ("element 166-11(a)") covers "receiving by a network access control module coupled to the protected network a unique identifier from a communication device, said unique identifier corresponding to said communication device, wherein said communication device is associated with a computer, wherein said unique identifier is transmitted by said communication device in response to a user activating a dedicated log-on button on the communication device to request access to the protected network;…" As shown below, Microsoft Authenticator coupled to the Microsoft accounts receives a unique identifier from a communication device. This process associates the mobile device with a computer. Furthermore, the QR code is transmitted by said communication device in response to a user activating a dedicated log-on button on the communication device to request access to the protected network.



Source: [Set up the Microsoft Authenticator app as your verification method - Microsoft Support](#).



Source: Snapshot taken from the user device indicating the communication device is associated with a computer.

142.   On information and belief, the screenshot below suggests that each device that contains the Authenticator app installed is associated with a Hardware token.



Set up the Microsoft Authenticator app from the Security info page

Depending on your organization's settings, you might be able to use an authentication app as one of your security info methods. You aren't required to use the Microsoft Authenticator app, and you can choose a different app during the set up process. However, this article uses the Microsoft Authenticator app.

Important:

  - If you have set up the Microsoft Authenticator app on five different devices or if you've used five hardware tokens, you won't be able to set up a sixth one, and you might see the following error message:

  - You can't set up Microsoft Authenticator because you already have five authenticator apps or hardware tokens. Please contact your administrator to delete one of your authenticator apps or hardware tokens.

Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support.

143.   On information and belief, the second element of claim 11 ("element 166-11(b)") covers "using, by said network access control module, the unique identifier to authenticate the communication device;…." As shown below,  Microsoft Authenticator utilizes the unique identifier to authenticate the communication device as shown in the screenshots below.



8. Scan the provided code with the Microsoft Authenticator app QR code reader, which appeared on your mobile device after you created your work or school account in Step 6.

9. The authenticator app should successfully add your work or school account without requiring any additional information from you. However, if the QR code reader can't read the code, you can select **Can't scan the QR code** and manually enter the code and URL into the Microsoft Authenticator app. For more information about manually adding a code, see Manually add an account to the app.

Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support.



Source: Snapshot taken from the user device indicating the communication device is associated with a computer.

144.    On information and belief, the third element of claim 11 ("element 166-11(c)") covers "in response to successfully authenticating the communication device, said network access control module authenticating the user via the communication device; and…." As shown below, Microsoft authenticator authenticates the user via the communication device using a 2-factor authentication method in response to successfully authenticating the communication device by way of the QR code scan.

Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support

145.   On information and belief, the fourth element of claim 11 ("element 166-11(d)") covers "in response to successfully authenticating the user, said network access control module establishing a secure communication channel with said computer and subsequently submitting log-on information of the user directly to a log-on interface of the computer, said submitting log-on information to said computer causing said computer to use said log-on information to provide to said user access to said protected network so that the user can use the protected network via the computer." As shown below, in response to the successful authentication of the user using the 2-factor authentication, Microsoft authenticator establishes a secure communication channel with said computer. It is apparent that Microsoft, on successful authentication, subsequently submits the log-on information of the user directly to a log-on interface of the computer without the need for a user to enter the username and password into the log-on page of the computer. The submission of the log-on information to said computer causing said computer to use said log-on information to provide to said user access to said protected network so that the user can use the protected network via the computer.

# About Microsoft Authenticator

Microsoft Authenticator is a free app that helps you sign in to all your accounts without using a password - just use a fingerprint, face recognition, or a PIN.

You can use Authenticator to sign in to your Microsoft personal, work, school or other accounts.

Authenticator can be used three ways:

- As a way to verify sign in if you forget your password.

- As a way to sign every time, by using a one-time password code to increase account security. This is called two-step verification or multi-factor authentication.

- As the only way to sign in - just tap an approval on your phone to sign in. This is called going passwordless.

Source: About Microsoft Authenticator - Microsoft Support.

COMPLAINT

Source: Set up the Microsoft Authenticator app as your verification method - Microsoft Support.

146.    On information and belief, Microsoft also infringes dependent claims 12-18 for the reasons above.

147.    On information and belief, Microsoft, without authorization or license, has been and continues to directly infringe (literally and/or under the doctrine of equivalents) at least claim 11 of the '166 patent by making, using, selling, offering for sale, and/or importing products, systems, offerings, and/or services for securely generating, distributing, and/or consuming protected content including, but not limited to, the Microsoft Authenticator system.

148.    Avatier has been damaged by the direct infringement of Microsoft and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

**Count V – Infringement of United States patent no. 10,623,397**

149.    On information and belief, Microsoft violated 35 U.S. C. § 271(a), (b) and (d) with respect to claims 1-3 of the '397 patent.

150.    On information and belief, Microsoft (or those acting on its behalf) (a) made, used, sold, imported and/or offered to sell the Microsoft Authenticator Products; and (b) induced its customers to use the Microsoft Authenticator Products in the United States that infringed (literally and/or under the doctrine of equivalents) at least claims 1-3 of '397 patent.

151.    The preamble of Claim 1 is not limiting as it merely recites "A method of providing access of web applications over a network to a remote user computer, the method comprising:…." On information and belief, to the extent the preamble is limiting, Microsoft with the help of Microsoft Entra Products and services provides access of web applications over a network to a remote user computer. The images below provides an overview of the Microsoft Entra product family.



# What is Microsoft Entra?

Article • 07/11/2024 • 1 contributor                                                                                    ⟳ Feedback

## In this article

Microsoft Entra product family
Getting ready for Microsoft Entra
Working with Microsoft Entra
Next steps

Microsoft Entra is a family of identity and network access products. It enables organizations to implement a Zero Trust security strategy and create a trust fabric⊘ that verifies identities, validates access conditions, checks permissions, encrypts connection channels, and monitors for compromise.

# Microsoft Entra product family

The Microsoft Entra product family covers four maturity stages of secure end-to-end access for any trustworthy identity. These stages include establishing Zero Trust access controls, and securing access for employees, customers, partners, and any cloud environment.

1
2
3
4
5
6
7
8
9
10



11

Secure access for employees

12

### Microsoft Entra Private Access

13

Microsoft Entra Private Access secures access to all private apps and resources, including corporate networks and

14

multicloud environments. It enables remote users to connect to internal resources from any device and network without a virtual private network (VPN).

15

**For example**, an employee can securely access a corporate network printer while working from home or even a cafe.

16

### Microsoft Entra Internet Access

17

Microsoft Entra Internet Access secures access to all internet resources including software as a service (SaaS) apps, and Microsoft 365 apps and resources. It enables organizations to continuously monitor and adjust user access in real time if

18

permissions or risk levels change.

19

**For example**, organizations can enable web content filtering to regulate access to websites based on content categories and domain names.

20

### Microsoft Entra ID Governance

21

Microsoft Entra ID Governance makes identity and permissions easier to manage by automating access requests, assignments, and reviews. Additionally, it helps protect critical assets through identity lifecycle management.

22

**For example**, administrators can automatically assign user accounts and Microsoft 365 licenses to new employees, and remove those assignments from employees that are no longer with the company.

23

### Microsoft Entra ID Protection

24

Microsoft Entra ID Protection detects and reports identity-based risks. It enables administrators to investigate and automatically remediate risks using tools like Conditional Access.

25

**For example**, organizations can create risk-based Conditional Access policies that require multifactor authentication

26

when the sign-in risk level is reported as medium or high.

27
28

**Microsoft Entra Verified ID**

In addition to identities that are used for authentication, there are decentralized identities (DIDs) used for information verification.

Microsoft Entra Verified ID is a credential verification service based on open DID standards. It enables organizations to issue a verifiable credential (digital signature proving the validity of information) to a user who stores the credential on their personal device. After they receive the verifiable credential, the user can present it to a company or organization that wants to verify something about their identity.

For example, a recent college graduate can ask the university to issue a digital copy of their diploma to their DID. They can then choose to present the diploma to a potential employer who can independently verify the issuer of the diploma, the time of issuance, and its status.

## Secure access for customers and partners

**Microsoft Entra External ID**

Microsoft Entra External ID enables external identities to safely access business resources and consumer apps. It offers secure methods for collaborating with business partners and guests on internal apps and resources, as well as managing customer identity and access management (CIAM) for your consumer-facing applications.

For example, organizations can set up self-service registration for customers to sign-in to a web application using methods such as one-time passcodes, or social accounts from Google or Facebook.

Source: What is Microsoft Entra? - Microsoft Entra | Microsoft Learn

# What is Microsoft Entra ID?

Article • 05/22/2024 • 14 contributors                                      ⚡ Feedback

**In this article**

Who uses Microsoft Entra ID?
What are the Microsoft Entra ID licenses?
Which features work in Microsoft Entra ID?
Terminology
Next steps

Microsoft Entra ID is a cloud-based identity and access management service that your employees can use to access external resources. Example resources include Microsoft 365, the Azure portal, and thousands of other SaaS applications.

Microsoft Entra ID also helps them access internal resources like apps on your corporate intranet, and any cloud apps developed for your own organization. To learn how to create a tenant, see Quickstart: Create a new tenant in Microsoft Entra ID.

Source: What is Microsoft Entra ID? - Microsoft Entra | Microsoft Learn



Source: Microsoft Entra External ID overview - Microsoft Entra External ID | Microsoft Learn

152.   On information and belief, the first element of claim 1 ("element 397-1(a)") covers "providing access to an aggregator application from the remote computer via a social login identity provider;…." As shown below, Microsoft provides access to an aggregator application from the remote computer via a social login identity provider.





Source: Use Microsoft Entra Accounts - Microsoft Entra External ID | Microsoft Learn

# Add Google as an identity provider for B2B guest users

Article • 06/19/2024 • 24 contributors                    🖉 Feedback

**In this article**

What is the experience for the Google user?

Sign-in endpoints

Deprecation of web-view sign-in support

Step 1: Configure a Google developer project

Show 3 more

**Applies to:** ✅ Workforce tenants   ✖ External tenants (learn more)

> 💡 **Tip**
>
> This article describes adding Google as an identity provider for B2B collaboration in workforce tenants. For instructions for external tenants, see **Add Google as an identity provider**.

By setting up federation with Google, you can allow invited users to sign in to your shared apps and resources with their own Gmail accounts, without having to create Microsoft accounts. After you add Google as one of your application's sign-in options, on the **Sign in** page, a user can enter the Gmail address they use to sign in to Google.



Source: Add Google as an identity provider for B2B - Microsoft Entra External ID | Microsoft Learn

COMPLAINT

# Add Facebook as an identity provider for External ID

Article • 06/20/2024 • 15 contributors                                   ○ Feedback

**In this article**

Create an app in the Facebook developers console
Configure a Facebook account as an identity provider
How do I remove Facebook federation?
Related content

Applies to: ✅ Workforce tenants  ✖ External tenants (learn more)

💡 **Tip**

This article describes adding Facebook as an identity provider for B2B collaboration in workforce tenants. For instructions for external tenants, see **Add Facebook as an identity provider**.

You can add Facebook to your self-service sign-up user flows so that users can sign in to your applications using their own Facebook accounts. To allow users to sign in using Facebook, you first need to enable self-service sign-up for your tenant. After you add Facebook as an identity provider, set up a user flow for the application and select Facebook as one of the sign-in options.

After you add Facebook as one of your application's sign-in options, on the **Sign in** page, a user can enter the email they use to sign in to Facebook, or they can select **Sign-in options** and choose **Sign in with Facebook**. In either case, they're redirected to the Facebook sign in page for authentication.



Source: Add Facebook as an identity provider - Microsoft Entra External ID | Microsoft Learn

153.   On information and belief, the second element of claim 1 ("element 397-1(b)") covers "receiving a username associated with the social login identity provider at a lightweight directory access protocol (LDAP) server sent from a data source

COMPLAINT

1  associated with the aggregator application over the Internet, the LDAP server

2  comprising a microprocessor and a memory that stores the user's informational data,

3  the microprocessor:…" As shown below, Microsoft receives a username with the

4  social login identity provider at a lightweight directory access protocol (LDAP)

5  server sent from a data source associated with the aggregator application over the

6  Internet. The LDAP server comprises a microprocessor and a memory that stores the

7  user's informational data.





Source: Use Microsoft Entra Accounts - Microsoft Entra External ID | Microsoft Learn.

## LDAP authentication and Azure Multi-Factor Authentication Server

Article • 10/23/2023 • 8 contributors

**In this article**

Configure LDAP authentication
Configure LDAP client

By default, the Azure Multi-Factor Authentication Server is configured to import or synchronize users from Active Directory. However, it can be configured to bind to different LDAP directories, such as an ADAM directory, or specific Active Directory domain controller. When connected to a directory via LDAP, the Azure Multi-Factor Authentication Server can act as an LDAP proxy to perform authentications. Azure Multi-Factor Authentication Server can also use LDAP bind as a RADIUS target to pre-authenticate IIS users, or for primary authentication in the Azure Multi-Factor Authentication user portal.

To use Azure Multi-Factor Authentication as an LDAP proxy, insert the Azure Multi-Factor Authentication Server between the LDAP client (for example, VPN appliance, application) and the LDAP directory server. The Azure Multi-Factor Authentication Server must be configured to communicate with both the client servers and the LDAP directory. In this configuration, the Azure Multi-Factor Authentication Server accepts LDAP requests from client servers and applications and forwards them to the target LDAP directory server to validate the primary credentials. If the LDAP directory validates the primary credentials, Azure Multi-Factor Authentication performs a second identity verification and sends a response back to the LDAP client. The entire authentication succeeds only if both the LDAP server authentication and the second-step verification succeed.

## Configure LDAP client

To configure the LDAP client, use the guidelines:

- Configure your appliance, server, or application to authenticate via LDAP to the Azure Multi-Factor Authentication Server as though it were your LDAP directory. Use the same settings that you normally use to connect directly to your LDAP directory, but use the Azure Multi-Factor Authentication Server for the server name or IP address.
- Configure the LDAP timeout to 30-60 seconds to provide enough time to validate the user's credentials with the LDAP directory, perform the second-step verification, receive their response, and respond to the LDAP access request.
- If using LDAPS, the appliance or server making the LDAP queries must trust the TLS/SSL certificate installed on the Azure Multi-Factor Authentication Server.

Source: [LDAP Authentication and Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn](#)



## LDAP authentication with Microsoft Entra ID

Article • 10/23/2023 • 5 contributors

**In this article**

Use when
Components of system
Implement LDAP authentication with Microsoft Entra ID

Lightweight Directory Access Protocol (LDAP) is an application protocol for working with various directory services. Directory services, such as Active Directory, store user and account information, and security information like passwords. The service then allows the information to be shared with other devices on the network. Enterprise applications such as email, customer relationship managers (CRMs), and Human Resources (HR) software can use LDAP to authenticate, access, and find information.

Microsoft Entra ID supports this pattern via Microsoft Entra Domain Services (AD DS). It allows organizations that are adopting a cloud-first strategy to modernize their environment by moving off their on-premises LDAP resources to the cloud. The immediate benefits will be:

- Integrated with Microsoft Entra ID. Additions of users and groups, or attribute changes to their objects are automatically synchronized from your Microsoft Entra tenant to AD DS. Changes to objects in on-premises Active Directory are synchronized to Microsoft Entra ID, and then to AD DS.
- Simplify operations. Reduces the need to manually keep and patch on-premises infrastructures.
- Reliable. You get managed, highly available services

## Use when

There is a need to for an application or service to use LDAP authentication.

COMPLAINT



## Components of system

**User:** Accesses LDAP-dependent applications via a browser.

**Web Browser:** The interface that the user interacts with to access the external URL of the application.

**Virtual Network:** A private network in Azure through which the legacy application can consume LDAP services.

- **Legacy applications:** Applications or server workloads that require LDAP deployed either in a virtual network in Azure, or which have visibility to AD DS instance IPs via networking routes.

- **Microsoft Entra ID:** Synchronizes identity information from organization's on-premises directory via Microsoft Entra Connect.

- **Microsoft Entra Domain Services (AD DS):** Performs a one-way synchronization from Microsoft Entra ID to provide access to a central set of users, groups, and credentials. The AD DS instance is assigned to a virtual network. Applications, services, and VMs in Azure that connect to the virtual network assigned to AD DS can use common AD DS features such as LDAP, domain join, group policy, Kerberos, and NTLM authentication.

ⓘ **Note**

In environments where the organization cannot synchronize password hashes, or users sign-in using smart cards, we recommend that you use a resource forest in AD DS.

**Microsoft Entra Connect:** A tool for synchronizing on-premises identity information to Microsoft Entra ID. The deployment wizard and guided experiences help you configure prerequisites and components required for the connection, including sync and sign on from Active Directory to Microsoft Entra ID.

- **Active Directory:** Directory service that stores on-premises identity information such as user and account information ⧉, and security information like passwords.

Source: [LDAP authentication with Microsoft Entra ID - Microsoft Entra | Microsoft Learn](#).

COMPLAINT

## Configure the LDAP directory connection

When the Azure Multi-Factor Authentication is configured to receive LDAP authentications, it must proxy those authentications to the LDAP directory. Therefore, the Target tab only displays a single, grayed out option to use an LDAP target.

> ⓘ Note
>
> Directory integration is not guaranteed to work with directories other than Active Directory Domain Services.

1. To configure the LDAP directory connection, click the **Directory Integration** icon.

2. On the Settings tab, select the **Use specific LDAP configuration** radio button.

3. Select **Edit...**

4. In the Edit LDAP Configuration dialog box, populate the fields with the information required to connect to the LDAP directory. Descriptions of the fields are included in the Azure Multi-Factor Authentication Server help file.



5. Test the LDAP connection by clicking the **Test** button.

6. If the LDAP connection test was successful, click the **OK** button.

7. Click the **Filters** tab. The Server is pre-configured to load containers, security groups, and users from Active Directory. If binding to a different LDAP directory, you probably need to edit the filters displayed. Click the **Help** link for more information on filters.

8. Click the **Attributes** tab. The Server is pre-configured to map attributes from Active Directory.

9. If you're binding to a different LDAP directory or to change the pre-configured attribute mappings, click **Edit...**

10. In the Edit Attributes dialog box, modify the LDAP attribute mappings for your directory. Attribute names can be typed in or selected by clicking the ... button next to each field. Click the **Help** link for more information on attributes.

Source: LDAP Authentication and Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn

154.    On information and belief, the third element of claim 1 ("element 397-1(c)") covers "identifying the stored user's informational data by comparing the

1  received username to a private username and/or private password previously stored

2  for said user but is inaccessible to said user;….” As shown below, Microsoft then

3  identifies the stored user's informational data by comparing the received username

4  during the sign-in process to a private username and/or private password previously

5  stored for said user. On information and belief, data stored in directories associated

6  with LDAP are inaccessible to users/tenants.



### Components of system

- **User:** Accesses LDAP-dependent applications via a browser.
- **Web Browser:** The interface that the user interacts with to access the external URL of the application.
- **Virtual Network:** A private network in Azure through which the legacy application can consume LDAP services.
- **Legacy applications:** Applications or server workloads that require LDAP deployed either in a virtual network in Azure, or which have visibility to AD DS instance IPs via networking routes.
- **Microsoft Entra ID:** Synchronizes identity information from organization's on-premises directory via Microsoft Entra Connect.
- **Microsoft Entra Domain Services (AD DS):** Performs a one-way synchronization from Microsoft Entra ID to provide access to a central set of users, groups, and credentials. The AD DS instance is assigned to a virtual network. Applications, services, and VMs in Azure that connect to the virtual network assigned to AD DS can use common AD DS features such as LDAP, domain join, group policy, Kerberos, and NTLM authentication.

  ⓘ Note
  In environments where the organization cannot synchronize password hashes, or users sign-in using smart cards, we recommend that you use a resource forest in AD DS.

- **Microsoft Entra Connect:** A tool for synchronizing on-premises identity information to Microsoft Entra ID. The deployment wizard and guided experiences help you configure prerequisites and components required for the connection, including sync and sign on from Active Directory to Microsoft Entra ID.
- **Active Directory:** Directory service that stores on-premises identity information such as user and account information, and security information like passwords.

Source: [LDAP authentication with Microsoft Entra ID - Microsoft Entra | Microsoft Learn](#)

# The LDAP Directory Service Model

Article • 05/31/2018

The LDAP directory service is based on a client-server model. One or more LDAP servers contain the data making up the LDAP directory tree. An LDAP client connects to an LDAP server and requests information or performs an operation. The server performs the operation or provides the information, or refers the client to another LDAP server that may be able to provide the information. Regardless of the LDAP server to which a client connects, the client sees the same view of the directory; a name presented to one LDAP server references the same entry the name would at another LDAP server. This is an important feature of a global directory service such as LDAP.

It is important to remember that LDAP is designed to allow speedy and efficient access to an existing directory. Its streamlined (lightweight) design prevents it from being able to create a directory or specify how the directory service itself operates.

This section covers the following topics:

- What is a Directory Service?
- Directory Entries
- Accessing Directory Information

Source: The LDAP Directory Service Model | Microsoft Learn

# What is a Directory Service?

Article • 05/31/2018

A directory is similar to a database, but typically contains more descriptive, attribute-based data; that is, data read more often than it is written. Also, a directory contains data that is concise and strictly relevant to an entry. By contrast, a database stores large amounts of data for each entry that may, or may not, be directly relevant to the entry. For this reason, a directory does not usually implement the transaction or roll-back schemes that regular databases require. If they are permitted at all, directory updates are typically simple all-or-nothing changes. Directories are tuned to respond quickly to high-volume lookup or search operations.

A lookup is an operation that targets a specific, unique entry, such as a domain name. A search is an operation that targets data common to multiple entries, such as the data collected, by an Internet search engine, about a topic.

Directories may replicate data widely to increase availability and reliability, and thus reduce response time. When directory data is replicated, temporary inconsistencies between the replicas may be acceptable — as long as all the replicas are updated eventually — depending on the particular role of the directory. These applications can be defined only by the specific directory design and are irrelevant to the deployment of LDAP.

There are many methods used to provide a directory service. Different methods allow various types of data to be stored in a directory, require the data to be referenced, queried, updated, protected, and so on. Some directory services are local, providing service to a restricted context, for example, the finger service on a single computer. Other services are global, providing service to a much broader context, for example, the entire Internet. Global services are usually distributed, meaning that the data they contain is shared across many computers which cooperate to provide the directory service. Typically, a global service defines a uniform namespace, which gives the same view of the data regardless of where the computer is in relation to the data.

Source: What is a Directory Service | Microsoft Learn

COMPLAINT

## Automated synchronization with Active Directory

1. In the Azure Multi-Factor Authentication Server, on the left, select **Directory Integration**.
2. Navigate to the **Synchronization** tab.
3. At the bottom, choose **Add**
4. In the **Add Synchronization Item** box that appears choose the Domain, OU **or** security group, Settings, Method Defaults, and Language Defaults for this synchronization task and click **Add**.
5. Check the box labeled **Enable synchronization with Active Directory** and choose a **Synchronization interval** between one minute and 24 hours.

# How the Azure Multi-Factor Authentication Server handles user data

When you use the Multi-Factor Authentication Server on-premises, a user's data is stored in the on-premises servers. No persistent user data is stored in the cloud. When the user performs a two-step verification, the MFA Server sends data to the Microsoft Entra multifactor authentication cloud service to perform the verification. When these authentication requests are sent to the cloud service, the following fields are sent in the request and logs so that they are available in the customer's authentication/usage reports. Some of the fields are optional so they can be enabled or disabled within the Multi-Factor Authentication Server. The communication from the MFA Server to the MFA cloud service uses SSL/TLS over port 443 outbound. These fields are:

- Unique ID - either username or internal MFA server ID
- First and last name (optional)
- Email address (optional)
- Phone number - when doing a voice call or SMS authentication
- Device token - when doing mobile app authentication
- Authentication mode
- Authentication result
- MFA Server name
- MFA Server IP
- Client IP – if available

In addition to the fields above, the verification result (success/denial) and reason for any denials is also stored with the authentication data and available through the authentication/usage reports.

Source: Getting started Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn

## Configure the LDAP directory connection

When the Azure Multi-Factor Authentication is configured to receive LDAP authentications, it must proxy those authentications to the LDAP directory. Therefore, the Target tab only displays a single, grayed out option to use an LDAP target.

ⓘ Note

Directory integration is not guaranteed to work with directories other than Active Directory Domain Services.

1. To configure the LDAP directory connection, click the **Directory Integration** icon.
2. On the Settings tab, select the **Use specific LDAP configuration** radio button.
3. Select **Edit...**

COMPLAINT



Source: LDAP Authentication and Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn

155.  On information and belief, the fourth element of claim 1 ("element 397-1(d)") covers "generating a challenge question having an associated answer, request for biometric or social information from the user, or request other relevant stored data about the user, each of which indicates the identity of the user;…." As shown below, Microsoft generates a request for biometric or social information from the user, which indicates the identity of the user.

# LDAP authentication and Azure Multi-Factor Authentication Server

Article • 10/23/2023 • 8 contributors                                      ☼ Feedback

**In this article**

Configure LDAP authentication

Configure LDAP client

By default, the Azure Multi-Factor Authentication Server is configured to import or synchronize users from Active Directory. However, it can be configured to bind to different LDAP directories, such as an ADAM directory, or specific Active Directory domain controller. When connected to a directory via LDAP, the Azure Multi-Factor Authentication Server can act as an LDAP proxy to perform authentications. Azure Multi-Factor Authentication Server can also use LDAP bind as a RADIUS target to pre-authenticate IIS users, or for primary authentication in the Azure Multi-Factor Authentication user portal.

To use Azure Multi-Factor Authentication as an LDAP proxy, insert the Azure Multi-Factor Authentication Server between the LDAP client (for example, VPN appliance, application) and the LDAP directory server. The Azure Multi-Factor Authentication Server must be configured to communicate with both the client servers and the LDAP directory. In this configuration, the Azure Multi-Factor Authentication Server accepts LDAP requests from client servers and applications and forwards them to the target LDAP directory server to validate the primary credentials. If the LDAP directory validates the primary credentials, Azure Multi-Factor Authentication performs a second identity verification and sends a response back to the LDAP client. The entire authentication succeeds only if both the LDAP server authentication and the second-step verification succeed.

## Configure LDAP client

To configure the LDAP client, use the guidelines:

- Configure your appliance, server, or application to authenticate via LDAP to the Azure Multi-Factor Authentication Server as though it were your LDAP directory. Use the same settings that you normally use to connect directly to your LDAP directory, but use the Azure Multi-Factor Authentication Server for the server name or IP address.
- Configure the LDAP timeout to 30-60 seconds to provide enough time to validate the user's credentials with the LDAP directory, perform the second-step verification, receive their response, and respond to the LDAP access request.
- If using LDAPS, the appliance or server making the LDAP queries must trust the TLS/SSL certificate installed on the Azure Multi-Factor Authentication Server.

Source: LDAP Authentication and Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn

COMPLAINT

## How the Azure Multi-Factor Authentication Server handles user data

When you use the Multi-Factor Authentication Server on-premises, a user's data is stored in the on-premises servers. No persistent user data is stored in the cloud. When the user performs a two-step verification, the MFA Server sends data to the Microsoft Entra multifactor authentication cloud service to perform the verification. When these authentication requests are sent to the cloud service, the following fields are sent in the request and logs so that they are available in the customer's authentication/usage reports. Some of the fields are optional so they can be enabled or disabled within the Multi-Factor Authentication Server. The communication from the MFA Server to the MFA cloud service uses SSL/TLS over port 443 outbound. These fields are:

- Unique ID - either username or internal MFA server ID
- First and last name (optional)
- Email address (optional)
- Phone number - when doing a voice call or SMS authentication
- Device token - when doing mobile app authentication
- Authentication mode
- Authentication result
- MFA Server name
- MFA Server IP
- Client IP – if available

In addition to the fields above, the verification result (success/denial) and reason for any denials is also stored with the authentication data and available through the authentication/usage reports.

Source: [Getting started Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn](#)

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Source: LDAP Authentication and Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn

COMPLAINT

## Microsoft Entra multifactor authentication

Multifactor authentication is a process where a user is prompted during the sign-in process for an additional form of identification, such as to enter a code on their cellphone or to provide a fingerprint scan.

If you only use a password to authenticate a user, it leaves an insecure vector for attack. If the password is weak or has been exposed elsewhere, is it really the user signing in with the username and password, or is it an attacker? When you require a second form of authentication, security is increased as this additional factor isn't something that's easy for an attacker to obtain or duplicate.

    

Microsoft Entra multifactor authentication works by requiring two or more of the following authentication methods:

- Something you know, typically a password.
- Something you have, such as a trusted device that is not easily duplicated, like a phone or hardware key.
- Something you are - biometrics like a fingerprint or face scan.

Users can register themselves for both self-service password reset and Microsoft Entra multifactor authentication in one step to simplify the on-boarding experience. Administrators can define what forms of secondary authentication can be used. Microsoft Entra multifactor authentication can also be required when users perform a self-service password reset to further secure that process.

Source: Microsoft Entra authentication overview - Microsoft Entra ID | Microsoft Learn

156.   On information and belief, the fifth element of claim 1 ("element 273-1(e)") covers "formatting the challenge into data blocks according to a format associated with said social login identity provider; and…." As shown below, every MFA performed during the LDAP Authentication using a social login identity provided shall be formatted as per compatibility.

COMPLAINT

# LDAP authentication and Azure Multi-Factor Authentication Server

Article • 10/23/2023 • 8 contributors                                    ⌂ Feedback

**In this article**

Configure LDAP authentication

Configure LDAP client

By default, the Azure Multi-Factor Authentication Server is configured to import or synchronize users from Active Directory. However, it can be configured to bind to different LDAP directories, such as an ADAM directory, or specific Active Directory domain controller. When connected to a directory via LDAP, the Azure Multi-Factor Authentication Server can act as an LDAP proxy to perform authentications. Azure Multi-Factor Authentication Server can also use LDAP bind as a RADIUS target to pre-authenticate IIS users, or for primary authentication in the Azure Multi-Factor Authentication user portal.

To use Azure Multi-Factor Authentication as an LDAP proxy, insert the Azure Multi-Factor Authentication Server between the LDAP client (for example, VPN appliance, application) and the LDAP directory server. The Azure Multi-Factor Authentication Server must be configured to communicate with both the client servers and the LDAP directory. In this configuration, the Azure Multi-Factor Authentication Server accepts LDAP requests from client servers and applications and forwards them to the target LDAP directory server to validate the primary credentials. If the LDAP directory validates the primary credentials, Azure Multi-Factor Authentication performs a second identity verification and sends a response back to the LDAP client. The entire authentication succeeds only if both the LDAP server authentication and the second-step verification succeed.

# Configure LDAP client

To configure the LDAP client, use the guidelines:

- Configure your appliance, server, or application to authenticate via LDAP to the Azure Multi-Factor Authentication Server as though it were your LDAP directory. Use the same settings that you normally use to connect directly to your LDAP directory, but use the Azure Multi-Factor Authentication Server for the server name or IP address.
- Configure the LDAP timeout to 30-60 seconds to provide enough time to validate the user's credentials with the LDAP directory, perform the second-step verification, receive their response, and respond to the LDAP access request.
- If using LDAPS, the appliance or server making the LDAP queries must trust the TLS/SSL certificate installed on the Azure Multi-Factor Authentication Server.

Source: LDAP Authentication and Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn

COMPLAINT

# Microsoft Entra multifactor authentication

Multifactor authentication is a process where a user is prompted during the sign-in process for an additional form of identification, such as to enter a code on their cellphone or to provide a fingerprint scan.

If you only use a password to authenticate a user, it leaves an insecure vector for attack. If the password is weak or has been exposed elsewhere, is it really the user signing in with the username and password, or is it an attacker? When you require a second form of authentication, security is increased as this additional factor isn't something that's easy for an attacker to obtain or duplicate.

    

Microsoft Entra multifactor authentication works by requiring two or more of the following authentication methods:

- Something you know, typically a password.
- Something you have, such as a trusted device that is not easily duplicated, like a phone or hardware key.
- Something you are - biometrics like a fingerprint or face scan.

Users can register themselves for both self-service password reset and Microsoft Entra multifactor authentication in one step to simplify the on-boarding experience. Administrators can define what forms of secondary authentication can be used. Microsoft Entra multifactor authentication can also be required when users perform a self-service password reset to further secure that process.

Source: Microsoft Entra authentication overview - Microsoft Entra ID | Microsoft Learn

157.    On information and belief, the sixth element of claim 1 ("element 397-1(f)") covers "transmitting the formatted challenge over a communication channel to the remote computer intended for the user to answer,…" As shown below, Microsoft uses multi-factor authentication to transmit the formatted challenge to the remote computer that is intended for a user to answer.

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

# LDAP authentication and Azure Multi-Factor Authentication Server

Article • 10/23/2023 • 8 contributors                                   ⟳ Feedback

**In this article**

Configure LDAP authentication

Configure LDAP client

By default, the Azure Multi-Factor Authentication Server is configured to import or synchronize users from Active Directory. However, it can be configured to bind to different LDAP directories, such as an ADAM directory, or specific Active Directory domain controller. When connected to a directory via LDAP, the Azure Multi-Factor Authentication Server can act as an LDAP proxy to perform authentications. Azure Multi-Factor Authentication Server can also use LDAP bind as a RADIUS target to pre-authenticate IIS users, or for primary authentication in the Azure Multi-Factor Authentication user portal.

To use Azure Multi-Factor Authentication as an LDAP proxy, insert the Azure Multi-Factor Authentication Server between the LDAP client (for example, VPN appliance, application) and the LDAP directory server. The Azure Multi-Factor Authentication Server must be configured to communicate with both the client servers and the LDAP directory. In this configuration, the Azure Multi-Factor Authentication Server accepts LDAP requests from client servers and applications and forwards them to the target LDAP directory server to validate the primary credentials. If the LDAP directory validates the primary credentials, Azure Multi-Factor Authentication performs a second identity verification and sends a response back to the LDAP client. The entire authentication succeeds only if both the LDAP server authentication and the second-step verification succeed.

## Configure LDAP client

To configure the LDAP client, use the guidelines:

- Configure your appliance, server, or application to authenticate via LDAP to the Azure Multi-Factor Authentication Server as though it were your LDAP directory. Use the same settings that you normally use to connect directly to your LDAP directory, but use the Azure Multi-Factor Authentication Server for the server name or IP address.
- Configure the LDAP timeout to 30-60 seconds to provide enough time to validate the user's credentials with the LDAP directory, perform the second-step verification, receive their response, and respond to the LDAP access request.
- If using LDAPS, the appliance or server making the LDAP queries must trust the TLS/SSL certificate installed on the Azure Multi-Factor Authentication Server.

Source: [LDAP Authentication and Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn](#)

20

21

22

23

24

25

26

27

28

- 77 -
COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Migrate from MFA Server to Microsoft Entra multifactor authentication

Article • 10/23/2023 • 16 contributors

⟳ Feedback

**In this article**

Prerequisites

Considerations for all migration paths

Next steps

Multifactor authentication is important to securing your infrastructure and assets from bad actors. Azure Multi-Factor Authentication Server (MFA Server) isn't available for new deployments and will be deprecated. Customers who are using MFA Server should move to using cloud-based Microsoft Entra multifactor authentication.

Source: Migrate from MFA Server to Microsoft Entra multifactor authentication - Microsoft Entra ID | Microsoft Learn.

# Microsoft Entra multifactor authentication

Multifactor authentication is a process where a user is prompted during the sign-in process for an additional form of identification, such as to enter a code on their cellphone or to provide a fingerprint scan.

If you only use a password to authenticate a user, it leaves an insecure vector for attack. If the password is weak or has been exposed elsewhere, is it really the user signing in with the username and password, or is it an attacker? When you require a second form of authentication, security is increased as this additional factor isn't something that's easy for an attacker to obtain or duplicate.

     

Microsoft Entra multifactor authentication works by requiring two or more of the following authentication methods:

- Something you know, typically a password.
- Something you have, such as a trusted device that is not easily duplicated, like a phone or hardware key.
- Something you are - biometrics like a fingerprint or face scan.

Users can register themselves for both self-service password reset and Microsoft Entra multifactor authentication in one step to simplify the on-boarding experience. Administrators can define what forms of secondary authentication can be used. Microsoft Entra multifactor authentication can also be required when users perform a self-service password reset to further secure that process.

Source: Microsoft Entra authentication overview - Microsoft Entra ID | Microsoft Learn

COMPLAINT

158.    On information and belief, the seventh element of claim 1 ("element 397-1(g)") covers "wherein when the user provides a correct answer, the LDAP server causes the aggregator application to activate and display on the remote computer all of the web applications on which the user has accounts, and…." As shown below, once the user is authenticated based on MFA and LDAP Authentication, the LDAP Server causes the aggregator application (here, Entra) to activate and display on the remote computer all of the web applications on which the user has accounts.



Source: Microsoft Entra ID Beginner's Tutorial (Azure Active Directory) - YouTube

# LDAP authentication and Azure Multi-Factor Authentication Server

Article • 10/23/2023 • 8 contributors                                    ⌂ Feedback

**In this article**

Configure LDAP authentication

Configure LDAP client

By default, the Azure Multi-Factor Authentication Server is configured to import or synchronize users from Active Directory. However, it can be configured to bind to different LDAP directories, such as an ADAM directory, or specific Active Directory domain controller. When connected to a directory via LDAP, the Azure Multi-Factor Authentication Server can act as an LDAP proxy to perform authentications. Azure Multi-Factor Authentication Server can also use LDAP bind as a RADIUS target to pre-authenticate IIS users, or for primary authentication in the Azure Multi-Factor Authentication user portal.

To use Azure Multi-Factor Authentication as an LDAP proxy, insert the Azure Multi-Factor Authentication Server between the LDAP client (for example, VPN appliance, application) and the LDAP directory server. The Azure Multi-Factor Authentication Server must be configured to communicate with both the client servers and the LDAP directory. In this configuration, the Azure Multi-Factor Authentication Server accepts LDAP requests from client servers and applications and forwards them to the target LDAP directory server to validate the primary credentials. If the LDAP directory validates the primary credentials, Azure Multi-Factor Authentication performs a second identity verification and sends a response back to the LDAP client. The entire authentication succeeds only if both the LDAP server authentication and the second-step verification succeed.

# Configure LDAP client

To configure the LDAP client, use the guidelines:

- Configure your appliance, server, or application to authenticate via LDAP to the Azure Multi-Factor Authentication Server as though it were your LDAP directory. Use the same settings that you normally use to connect directly to your LDAP directory, but use the Azure Multi-Factor Authentication Server for the server name or IP address.
- Configure the LDAP timeout to 30-60 seconds to provide enough time to validate the user's credentials with the LDAP directory, perform the second-step verification, receive their response, and respond to the LDAP access request.
- If using LDAPS, the appliance or server making the LDAP queries must trust the TLS/SSL certificate installed on the Azure Multi-Factor Authentication Server.

Source: LDAP Authentication and Azure Multi-Factor Authentication Server - Microsoft Entra ID | Microsoft Learn

159.    On information and belief, the eighth element of claim 1 ("element 397-1(h)") covers "wherein the LDAP server causes the aggregator application to activate and display on the remote computer also web applications on which the user does not have accounts and subsequently are not enabled and wherein the aggregator application is configured to display a visual indicator to indicate that the applications do not have an account for the user and subsequently are not enabled…." As shown below, Microsoft provides an option labelled "Add Self-service" apps to enable the user to add an App made available to the user by an Admin however, that isn't

1   enabled yet. Thus, the LDAP server causes the aggregator application to activate and

2   display on the remote computer also web applications on which the user does not

3   have accounts and subsequently are not enabled and wherein the aggregator

4   application is configured to display a visual indicator to indicate that the applications

5   do not have an account for the user and subsequently are not enabled.





COMPLAINT







Source: [SSO Portal in Azure Active Directory (Myapps) (youtube.com)](youtube.com)

160.   On information and belief, Microsoft also infringes dependent claims 2 and 3 for the reasons above.

161.   On information and belief, Microsoft, without authorization or license, has been and continues to directly infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '397 patent by making, using, selling, offering for sale, and/or importing products, systems, offerings, and/or services for securely generating, distributing, and/or consuming protected content including, but not limited to, the Microsoft Entra system.

162.   Avatier has been damaged by the direct infringement of Microsoft and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

### Count VI – Infringement of United States patent no. 9,686,273

163.   On information and belief, Microsoft violated 35 U.S. C. § 271(a) ,(b), and (d) with respect to claims 1-7 of the '273 patent.

164.   On information and belief, Microsoft (or those acting on its behalf) (a) made, used, sold, imported and/or offered to sell the Microsoft Authenticator Products; and (b) induced its customers to use the Microsoft Authenticator Products in the United States that infringed (literally and/or under the doctrine of equivalents) at least claims 1-7 of '273 patent.

165.   The preamble of Claim 1 is not limiting as it merely recites "A computer-implemented method, comprising::…." Avatier incorporates by reference paragraph 154 above discussing why the accuse products infringes the preamble as if fully set forth herein.

166.   The first element of claim 1 ("element 273-1(a)") covers "receiving, at a computer system based on a user interaction with a user interface of the computer system, a first-time request to login to a third-party application, wherein the user is already logged into the computer system;…." Avatier incorporates by reference

paragraph 155 above discussing why the accuse products infringes the element 397-1(a) as if fully set forth herein.

167.   The second element of claim 1 ("element 273-1(b)") covers "responsive to receiving the request to login to the third-party application, the computer system presenting a selectable indicator on the user interface to allow the user to login to the third-party application through a login identity provider, said login identity provider communicably connected to said computer system;...." Avatier incorporates by reference paragraph 156 above discussing why the accuse products infringes the element 397-1(b) as if fully set forth herein.

168.   The third element of claim 1 ("element 273-1(c)") covers "receiving, by the computer system, a selected login identity provider based on user interaction with said selectable indicator;;:...."

169.   The fourth element of claim 1 ("element 273-1(d)") covers "responsive to receiving said selected login identity provider, said computer system retrieving from a first storage a first user identity associated with said selected login identity provider;...." Avatier incorporates by reference paragraph 158 above discussing why the accuse products infringes the element 397-1(d) as if fully set forth herein.

170.   The fifth element of claim 1 ("element 273-1(e)") covers "responsive to retrieving the first user identity associated with said selected login identity provider, the computer system matching the first user identity to a private user identity stored in a second storage, wherein the second storage is only accessible by the computer system and wherein the private user identity was previously automatically generated by the computer system when the user initially registered with the computer system;...." Avatier incorporates by reference paragraph 159 above discussing why the accuse products infringes the element 397-1(e) as if fully set forth herein.

171.   The sixth element of claim 1 ("element 273-1(f)") covers "responsive to matching the first user identity to the private user identity, the computer system automatically generating a second user identity associated with the private user

identity, wherein the second user identity is also associated with the third-party application and wherein the second user identity is used by the computer system to allow the user to login to the third party application during subsequent logins without prompting the user to re-enter authentication credentials; and,…." Avatier incorporates by reference paragraph 160 above discussing why the accuse products infringes the element 397-1(f) as if fully set forth herein.

172.    The seventh element of claim 1 ("element 273-1(g)") covers "responsive to generating the second user identity, the computer system allowing the user to create a new account on or login to the third-party application …."

173.    On information and belief, Microsoft also infringes dependent claims 2-7 for the reasons above.

174.    On information and belief, On information and belief, Microsoft, without authorization or license, has been and continues to directly infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '273 patent by making, using, selling, offering for sale, and/or importing products, systems, offerings, and/or services for securely generating, distributing, and/or consuming protected content including, but not limited to, the Microsoft Entra system.

175.    Avatier has been damaged by the direct infringement of Microsoft and is suffering and will continue to suffer irreparable harm and damages as a result of this infringement.

## Count VII – Infringement of United States Patent No. 9,979,715

176.    On information and belief, Microsoft violated 35 U.S. C. § 271(a), (b) and (d) with respect to claims 1-4 of the '715 patent.

177.    On information and belief, Microsoft (or those acting on its behalf) (a) made, used, sold, imported and/or offered to sell the Microsoft Authenticator Products; and (b) induced its customers to use the Microsoft Authenticator Products, in the United States that infringed (literally and/or under the doctrine of equivalents) at least claims 1-4 of '397 patent.

178.   The preamble of Claim 1 is not limiting as it merely recites "A method of providing access of web applications over a network to a remote user computer, the method comprising:…." Avatier incorporates by reference paragraph 154 above discussing why the accuse products infringes the preamble as if fully set forth herein.

179.   The first element of claim 1 ("element 715-1(a)") covers "providing access to an aggregator application from the remote computer via a social login identity provider;…." Avatier incorporates by reference paragraph 155 above discussing why the accuse products infringes the element 397-1(a) as if fully set forth herein.

180.   The second element of claim 1 ("element 715-1(b)") covers "receiving a username associated with the social login identity provider at a lightweight directory access protocol (LDAP) server sent from a data source associated with the aggregator application over the Internet, the LDAP server comprising a microprocessor and a memory that stores the user's informational data, the microprocessor:…." Avatier incorporates by reference paragraph 156 above discussing why the accuse products infringes the element 397-1(b) as if fully set forth herein.

181.   The third element of claim 1 ("element 715-1(c)") covers "identifying the stored user's informational data by comparing the received username to a private username and/or private password previously stored for said user but is inaccessible to said user;…." Avatier incorporates by reference paragraph 157 above discussing why the accuse products infringes the element 397-1(c) as if fully set forth herein.

182.   The fourth element of claim 1 ("element 715-1(d)") covers "generating a challenge question having an associated answer, request for biometric or social information from the user, or request other relevant stored data about the user, each of which indicates the identity of the user;…." Avatier incorporates by reference paragraph 158 above discussing why the accuse products infringes the element 397-1(d) as if fully set forth herein.

183.   The fifth element of claim 1 ("element 715-1(e)") covers "formatting the challenge into data blocks according to a format associated with said social login identity provider; and;...." Avatier incorporates by reference paragraph 159 above discussing why the accuse products infringes the element 397-1(e) as if fully set forth herein.

184.   The sixth element of claim 1 ("element 715-1(f)") covers "transmitting the formatted challenge over a communication channel to the remote computer intended for the user to answer,...." Avatier incorporates by reference paragraph 160 above discussing why the accuse products infringes the element 397-1(f) as if fully set forth herein.

185.   The seventh element of claim 1 ("element 715-1(g)") covers "wherein when the user provides a correct answer, the LDAP server causes the aggregator application to activate and display on the remote computer all of the web applications on which the user has accounts, and...." Avatier incorporates by reference paragraph 161 above discussing why the accuse products infringes the element 397-1(g) as if fully set forth herein.

186.   The eighth element of claim 1 ("element 715-1(h)") covers "wherein when the user logs in using a new unregistered login identity provider, and the user never enabled that login identity provider web application for the aggregator application, the aggregator application attempts to identify the user by reading a stored list of usernames and related metadata and display candidate selections from the registered login identity providers for the user to select....." Avatier incorporates by reference paragraph 162 above discussing why the accuse products infringes the element 397-1(h) as if fully set forth herein.

187.   On information and belief, Microsoft, without authorization or license, has been and continues to directly infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '715 patent by making, using, selling, offering for sale, and/or importing products, systems, offerings, and/or services for securely

1  generating, distributing, and/or consuming protected content including, but not

2  limited to, the Microsoft Entra system.

3      188.   On information and belief, Microsoft also infringes dependent claims 2-

4  4 for the reasons above.

5      189.   Avatier has been damaged by the direct infringement of Microsoft and is

6  suffering and will continue to suffer irreparable harm and damages as a result of this

7  infringement.

8      **<u>Count VIII – Infringement of United States patent no. 12,250,207</u>**

9      190.   On information and belief, Microsoft violated 35 U.S. C. § 271(a), (b)

10  and (d) with respect to claims 1-9 of the '207 patent.

11      191.   On information and belief, Microsoft (or those acting on its behalf)

12  (a) made, used, sold, imported and/or offered to sell the Microsoft Authenticator

13  Products; and (b) induced its customers to use the Microsoft Authenticator Products,

14  in the United States that infringed (literally and/or under the doctrine of equivalents)

15  at least claims 1-9 of '207 patent.

16      192.   The preamble of Claim 1 is not limiting as it merely recites "A

17  computer-implemented method, comprising:…." Avatier incorporates by reference

18  paragraph 100 above discussing why the accuse products infringes the preamble as if

19  fully set forth herein.

20      193.   The first element of claim 1 ("element 207-1(a)") covers "receiving and

21  storing, at a cloud universal identification server having a digital storage, a plurality

22  of identifying attributes associated with a user and one or more identifying attributes

23  associated with a computing device;…." Avatier incorporates by reference paragraph

24  101 above discussing why the accuse products infringes the element 941-1(a) as if

25  fully set forth herein.

26      194.   The second element of claim 1 ("element 207-1(b)") covers "receiving

27  and storing, at the cloud universal identification server, registration information that

28  associates a mobile device with the plurality of identifying attributes associated with

the user;…." Avatier incorporates by reference paragraph 102 above discussing why the accuse products infringes the element 941-1(b) as if fully set forth herein.

195.    The third element of claim 1 ("element 207-1(c)") covers "receiving, at the cloud universal identification server, a request to authenticate a process at the computing device,…." Avatier incorporates by reference paragraph 104 above discussing why the accuse products infringes the element 941-1(c) as if fully set forth herein.

196.    The fourth element of claim 1 ("element 207-1(d)") covers "the request being received from credential provider code that was previously installed on the computing device,…." Avatier incorporates by reference paragraph 105 above discussing why the accuse products infringes the element 941-1(d) as if fully set forth herein.

197.    The fifth element of claim 1 ("element 207-1(e)") covers "wherein the request indicates that the mobile device was selected for authentication purposes;…." Avatier incorporates by reference paragraph 106 above discussing why the accuse products infringes the element 941-1(e) as if fully set forth herein.

198.    The sixth element of claim 1 ("element 207-1(f)") covers "in response to the request indicating that the mobile device was selected for authentication purposes, retrieving, from a database, a protocol for communicating with the mobile device;;…." Avatier incorporates by reference paragraph 107 above discussing why the accuse products infringes the element 941-1(f) as if fully set forth herein.

199.    The seventh element of claim 1 ("element 207-1(g)") covers "transmitting, by the cloud universal identification server and in accordance with the retrieved protocol, first authentication data associated with the user for delivery to the mobile device; and …."Avatier incorporates by reference paragraph 108 above discussing why the accuse products infringes the element 941-1(g) as if fully set forth herein.

COMPLAINT

200.   The eighth element of claim 1 ("element 207-1(h)") covers "upon receiving, at the cloud universal identification server and from the mobile device, second authentication data, transmitting for delivery to the credential provider code of the computing device, the second authentication data causing the authentication to the process to be successful;…."Avatier incorporates by reference paragraph 109 above discussing why the accuse products infringes the element 941-1(h) as if fully set forth herein.

201.   The ninth element of claim 1 ("element 207-1(i)") covers "transmitting, by the cloud universal identification server and in accordance with the retrieved protocol, an authentication factor associated with the user, the authentication factor for delivery to the mobile device, and the authentication factor obtained or derived from at least one authentication factor associated with the user previously stored in the storage of the cloud universal identification server; and…."Avatier incorporates by reference paragraph 110 above discussing why the accuse products infringes the element 941-1(i) as if fully set forth herein.

202.   The tenth element of claim 1 ("element 207-1(j)") covers "upon receiving, at the cloud universal identification server and from the mobile device, data that satisfies the authentication factor, transmitting for delivery to the credential provider code of the computing device, authentication data causing the authentication to the process to be successful; wherein one or more steps are performed on at least a processor coupled to at least a memory….."Avatier incorporates by reference paragraph 111 above discussing why the accuse products infringes the element 941-1(j) as if fully set forth herein.

203.   On information and belief, Microsoft also infringes dependent claims 2-9 for the reasons above.

204.   On information and belief, Microsoft, without authorization or license, has been and continues to directly infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '207 patent by making, using, selling, offering for

1  sale, and/or importing products, systems, offerings, and/or services for securely

2  generating, distributing, and/or consuming protected content including, but not

3  limited to, the Microsoft Entra system.

4      205.   Avatier has been damaged by the direct infringement of Microsoft and is

5  suffering and will continue to suffer irreparable harm and damages as a result of this

6  infringement.

7                                **JURY DEMAND**

8      206.   Pursuant to Federal Rule of Civil Procedure 38(b), Avatier requests a

9  trial by jury on all issues so triable.

10                            **PRAYER FOR RELIEF**

11     WHEREFORE, Plaintiff respectfully requests that this Court enter:

12     a.   A finding that Microsoft has infringed one or more claims of the '941

13  patent.

14     b.   A finding that Microsoft has infringed one or more claims of the '750

15  patent.

16     c.   A finding that Microsoft has infringed one or more claims of the '103

17  patent.

18     d.   A finding that Microsoft has infringed one or more claims of the '166

19  patent.

20     e.   A finding that Microsoft has infringed one or more claims of the '273

21  patent.

22     f.   A finding that Microsoft has infringed one or more claims of the '715

23  patent.

24     g.   A finding that Microsoft has infringed one or more claims of the '397

25  patent.

26     h.   A finding that Microsoft has infringed one or more claims of the '207

27  patent.

28     i.   A finding that Microsoft's infringement was willful;

COMPLAINT

j.      awarding Avatier damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement and enhanced damages in view of Microsoft's willful infringement;

k.      awarding Avatier pre-judgment and post-judgment interest on the damages award and costs;

l.      awarding cost of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

m.      awarding such other costs and further relief that the Court determines to be just and equitable.


Dated:  April 24, 2025          **PERKOWSKI LEGAL, PC**

                                **DAIGNAULT IYER LLP**


                                By:    /s/ Peter Perkowski
                                       Peter E. Perkowski

                                       Attorneys for Plaintiff
                                       AVATIER IP, LLC

COMPLAINT